| Attorney or Party without Attorney: <br> Julia Elmaleh-Sachs, Esq. (SBN ) <br> Crumiller P.C. <br><br> Telephone No: <br> Attorney For: Plaintiff | Ref. No. or File No.: <br> 2612407 | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
USDC Eastern District of New York

Plaintiff: Terri Nimmo, et al.
Defendant: The City of New York, et al.

| AFFIRMATION OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:26-cv-00190-NRM-TAM |
|---|---|---|---|---|

1. Scott Nazworth , the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of NC .

2. I served copies of the Summons in a Civil Action; Amended Complaint .

3. a. Party served:    TAIESHA COLEMAN
   b. Person served:   Malachi Barnette, Son , African American , Male , Age: 23 , Hair: Black , Height: 6'2" , Weight: 175

4. Address where the party was served:   3309 Caralea Valley Drive Northwest, Concord, NC 28027 . Said premises is subject's dwelling
house (usual place of abode) within the state.

5. I served the party: By delivering thereat a true copy of each to Malachi Barnette, Son a person of suitable age and discretion on: Mon, Mar 02 2026 (2) at: 06:10 PM .

On Mon, Mar 02 2026 , service was completed by mailing a true copy of the above stated document(s) to the subject's above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of NC.

I asked the person spoken to whether the subject was in active military service or financially dependent upon anyone who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm on this day (03/04/2026), under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

03/04/2026
(Date)

(Signature)



AFFIRMATION OF SERVICE

15316453
(421436)