

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAMION K. L. STODOLA**
*Assistant Corporation Counsel*
Telephone: (212) 356-4362
dstodola@law.nyc.gov

March 13, 2026

**BY ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Nimmo et al. v. City of New York et al.*
             No. 26 Civ. 00190 (NRM)(TAM)

Dear Magistrate Judge Merkl:

      With apologies, Your Honor, I write to request a correction to my previously filed letter application for an extension of the time to answer or otherwise respond to the complaint. (*See* ECF 31.) When the parties had conferred, plaintiffs consented to a 60 day extension, but I erroneously requested a 30 day extension in my February 27, 2026 letter to the court and learned of my error earlier this week. I respectfully request that the deadline to answer the complaint or otherwise move be corrected to Monday, May 4, 2026 to reflect the parties' initial and reconfirmed agreement. I contacted and obtained plaintiffs' counsel's consent to this request this week. Thank you for your consideration.

              Respectfully submitted,

              /s Damion K. L. Stodola

              Damion K. L. Stodola
              Assistant Corporation Counsel

cc:     Counsel for plaintiffs (by ECF)