# AFFIDAVIT OF SERVICE

| Index No.: 1:26-cv-00190 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | Job: 11700937 |
|---|---|---|---|
| **Plaintiffs** TERRI NIMMO, individually and as Administrator for the ESTATE OF JADE SMITH, and RICHARD NIMMO | | **Defendants** THE CITY OF NEW YORK, ET. AL. | |
| | | | |
| **To be served upon:** STACEY MELHADO | | | |

STATE OF NEW YORK} ss:
COUNTY OF NEW YORK}

I, **JEREMY COLEY**, being duly sworn, depose and say that on the **30th day of March, 2026 at 3:51 PM,**

I Served **STACEY MELHADO** by delivering and leaving a true copy of the **Order and Amended Complaint Jury Trail Demanded** with **Ana Rodriguez, Co-Worker,** a person of suitable age and discretion at the actual place of business of the person to be served, at **150 WILLIAMS STREET, NEW YORK, NY 10038.**

My perception of the description of the person served is as follows:
Gender: **Female**, Race: **Hispanic**, Age: **50**, Hair: **Salt and Pepper**, Height: **5ft 4in**, Weight: **155**

I certify that I am not a Party to this action, I am over the age of eighteen years and I reside in the state of New York.

JEREMY COLEY 2112646-DCA
Notification Services LLC 2119964-DCWP
Compiled by Notification Services LLC 2119964-DCWP
55 Gerard Street, #4222
Huntington, NY 11743

Subscribed and sworn to before me by the affiant who is personally known to me.

**Notary Public**
31st day of
March, 2026

**Date**

ANDREW J MEGA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ME6318338
Qualified in New York County
Commission Expires January 26, 20__

# AFFIDAVIT OF MAILING

| Case: | Court: | | Job: |
|---|---|---|---|
| 1:26-cv-00190 | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | 11700937 15538999 |
| **Plaintiffs:** | | **Defendants:** | |
| TERRI NIMMO, individually and as Administrator for the ESTATE OF JADE SMITH, and RICHARD NIMMO | | THE CITY OF NEW YORK, ET AL. | |
| **To be served upon:** STACEY MELHADO | | | |

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on the 31st day of March, 2026, deponent served the within Order and Amended Complaint Jury Trail Demanded on STACEY MELHADO by mailing the Order and Amended Complaint Jury Trail Demanded via First Class Mail to the person to be served at her actual place of business 150 WILLIAMS STREET, NEW YORK, NY 10038 in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on the 31st day of March, 2026

_____
Andrew Mega

_____
Notary Public

THAIS M SCHALLER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SC6443144
Qualified in SUFFOLK County
Commission Expires OCTOBER 31, 2026

# AFFIDAVIT OF SERVICE

| Index No.: 1:26-cv-00190 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | Job: 11700937 |
|---|---|---|---|
| **Plaintiffs** TERRI NIMMO, individually and as Administrator for the ESTATE OF JADE SMITH, and RICHARD NIMMO | | **Defendants** THE CITY OF NEW YORK, ET. AL. | |
| | | | |
| **To be served upon:** ANA PANIAGUA | | | |

STATE OF NEW YORK} ss:
COUNTY OF NEW YORK}

I, **JEREMY COLEY**, being duly sworn, depose and say that on the **30th day of March, 2026** at **3:51 PM**,

I Served **ANA PANIAGUA** by delivering and leaving a true copy of the **Order and Amended Complaint Jury Trail Demanded** with **Ana Rodriguez, Co-Worker**, a person of suitable age and discretion at the actual place of business of the person to be served, at **150 WILLIAMS STREET, NEW YORK, NY 10038**.

My perception of the description of the person served is as follows:
Gender: **Female**, Race: **Hispanic**, Age: **50**, Hair: **Salt and Pepper**, Height: **5ft 4in**, Weight: **155**

I certify that I am not a Party to this action, I am over the age of eighteen years and I reside in the state of New York.

JEREMY COLEY 2112646-DCA
Notification Services LLC 2119964-DCWP
Compiled by Notification Services LLC 2119964-DCWP
55 Gerard Street, #4222
Huntington, NY 11743

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

31st day of
March, 2026

**Date**

ANDREW J MEGA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ME6318338
Qualified in New York County
Commission Expires January 26, 2027

# AFFIDAVIT OF MAILING

| Case: | Court: | | Job: |
|---|---|---|---|
| 1:26-cv-00190 | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | 11700937 15538999 |
| **Plaintiffs:** TERRI NIMMO, individually and as Administrator for the ESTATE OF JADE SMITH, and RICHARD NIMMO | | **Defendants:** THE CITY OF NEW YORK, ET AL. | |
| **To be served upon:** ANA PANIAGUA | | | |

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on the 31st day of March, 2026, deponent served the within Order and Amended Complaint Jury Trail Demanded on ANA PANIAGUA by mailing the Order and Amended Complaint Jury Trail Demanded via First Class Mail to the person to be served at her actual place of business 150 WILLIAMS STREET, NEW YORK, NY 10038 in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on the 31st day of March, 2026

_____
Andrew Mega

_____
Notary Public

THAIS M SCHALLER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SC6443144
Qualified in SUFFOLK County
Commission Expires OCTOBER 31, 2026

# AFFIDAVIT OF SERVICE

| Index No.: 1:26-cv-00190 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | Job: 11700937 |
|---|---|---|---|
| **Plaintiffs** TERRI NIMMO, individually and as Administrator for the ESTATE OF JADE SMITH, and RICHARD NIMMO | | **Defendants** THE CITY OF NEW YORK, ET. AL. | |
| **To be served upon:** NADIA MCLEOD | | | |

STATE OF NEW YORK} ss:
COUNTY OF NEW YORK}

I, **JEREMY COLEY**, being duly sworn, depose and say that on the **30th day of March, 2026 at 3:51 PM**,

I Served **NADIA MCLEOD** by delivering and leaving a true copy of the **Order and Amended Complaint Jury Trail Demanded** with **Ana Rodriguez, Co-Worker**, a person of suitable age and discretion at the actual place of business of the person to be served, at **150 WILLIAMS STREET, NEW YORK, NY 10038**.

My perception of the description of the person served is as follows:
Gender: **Female**, Race: **Hispanic**, Age: **50**, Hair: **Salt and Pepper**, Height: **5ft 4in**, Weight: **155**

I certify that I am not a Party to this action, I am over the age of eighteen years and I reside in the state of New York.

_____
JEREMY COLEY 2112646-DCA
Notification Services LLC 2119964-DCWP
Compiled by Notification Services LLC 2119964-DCWP
55 Gerard Street, #4222
Huntington, NY 11743

Subscribed and sworn to before me by the affiant who is *personally known to me.*

_____
**Notary Public**

31st day of
March, 2026
_____
**Date**

ANDREW J MEGA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ME6318338
Qualified in New York County
Commission Expires January 26, 2027

ANDREW J MEGA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ME6318338
Qualified in New York County
Commission Expires January 26, 2027

# AFFIDAVIT OF MAILING

| Case: | Court: | | Job: |
|---|---|---|---|
| 1:26-cv-00190 | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | 11700937 15538999 |
| **Plaintiffs:** TERRI NIMMO, individually and as Administrator for the ESTATE OF JADE SMITH, and RICHARD NIMMO | | **Defendants:** THE CITY OF NEW YORK, ET AL. | |
| | | | |
| **To be served upon:** NADIA MCLEOD | | | |

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on the 31st day of March, 2026, deponent served the within Order and Amended Complaint Jury Trail Demanded on NADIA MCLEOD by mailing the Order and Amended Complaint Jury Trail Demanded via First Class Mail to the person to be served at her actual place of business 150 WILLIAMS STREET, NEW YORK, NY 10038 in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on the 31st day of March, 2026

_____
Andrew Mega

_____
Notary Public

**THAIS M SCHALLER**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SC6443144
Qualified in SUFFOLK County
Commission Expires OCTOBER 31, 2026