# AFFIRMATION OF SERVICE

| Case: 1:26-cv-00190 | Court: UNITED STATES DISTRICT COURT | County: Eastern District of New York, NY | Job: 15539040 |
|---|---|---|---|
| Plaintiff / Petitioner: TERRI NIMMO, individually and as Administrator for the ESTATE OF JADE SMITH, and RICHARD NIMMO | | Defendant / Respondent: THE CITY OF NEW YORK, et al. | |
| | | For: Keenan & Bhatia, LLC | |
| To be served upon: Taiesha Coleman | | | |

I, Dustin Wilhoit, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

**Recipient Name / Address:**  Malikia Coleman, 3309 CARALEA VALLEY DRIVE NORTHWEST, CONCORD, NC 28027

**Manner of Service:**  Substitute Service, Mar 30, 2026, 6:10 pm EDT

**Documents:**  Order and Amended Complaint Jury Trail Demanded

On Mar 30, 2026, at 6:10 pm EDT at 3309 CARALEA VALLEY DRIVE NORTHWEST, CONCORD, NC 28027 I served Taiesha Coleman by delivering to and leaving a true copy of the above documents with Malikia Coleman a person of suitable age and discretion, Son, and informed said person of the contents therein in compliance with state statutes.

**Military Service:** I asked the person spoken to whether respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief, I aver that the respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Recipient description: Age: 17; Ethnicity: Black; Gender: Male; Weight: 130-150; Height: 6'1"- 6'3"; Hair: Bald; Relationship: Son;

Additional Comments:
I affirm this 31st day of March 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Dustin Wilhoit_  31 March 2026

Dustin Wilhoit     Date:

Keenan & Bhatia, LLC
233 BROADWAY Ste 1810
New York, NY 10279