UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TERRI NIMMO, RICHARD NIMMO,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK, JESS
DANNHAUSER, TAIESHA COLEMAN, AJA
PANIAGUA, NADIA MCLEOD, and STACEY
MELHADO,

                Defendants.

---

**NOTICE OF APPEARANCE**

26-cv-00190-NRM-TAM

---

To:    The clerk of court and all parties of record:

PLEASE TAKE NOTICE that I am admitted to practice in this court, and I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for defendants the Taiesha Coleman, Aja Paniagua, Nadia McLeod, and Stacey Melhado, in the above-captioned action and appear in this case as lead attorney and attorney to be noticed.

Dated: New York, New York
       May 4, 2026

                    STEVEN BANKS
                    Corporation Counsel of the
                     City of New York
                    *Attorney for defendants the City of New York, Jess Dannhauser, Taiesha Coleman, Aja Paniagua, Nadia McLeod, and Stacey Melhado*
                    100 Church Street, Room 2-168
                    New York, New York 10007
                    (212) 356-4362
                    dstodola@law.nyc.gov

             By:  */s Damion K. L. Stodola*
                 Damion K. L. Stodola
                 Assistant Corporation Counsel