THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

DAMION K. L. STODOLA
*Assistant Corporation Counsel*
Telephone: (212) 356-4362
dstodola@law.nyc.gov

October 13, 2026

**BY ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Nimmo et al. v. City of New York et al.*
No. 26 Civ. 00190 (NRM)(TAM)

Dear Magistrate Judge Merkl:

Pursuant to Your Honor's October 6, 2026 minute entry and order, the parties submit the following joint status report. As outlined below, there is still outstanding discovery that both parties need to complete and given current deadlines, the City requests, essentially, an additional 30-day extension of the deadlines outlined below to complete these tasks. Plaintiffs' counsel consents to these requests.

Plaintiffs made an opening demand to defendants in the Spring of 2026. In light of the demand and the complex nature of this case, the City requires additional time to evaluate and the undersigned is working to obtain authority: the City therefore requests and plaintiffs do not object to proposing a settlement conference with Your Honor set for the week of October 26, 2026 (except for October 27, 2026 when the City is unavailable) by which time the City expects to be in a position to discuss resolution.

In addition, the City requests an extension of the time to complete fact discovery from November 20, 2026 until December 23, 2026, with a corresponding extension to the other discovery deadlines in the case. Plaintiffs consent to this request.

The parties exchanged initial disclosures at the end of June 2026. On August 8, 2026, Plaintiffs sent a draft ESI protocol and their First Request for the Production of Documents. On September 11, 2026, the parties met and conferred to discuss plaintiffs' discovery requests. Defendants sent their responses and objections to plaintiffs' First Production Requests on September 16, 2026. On September 22, 2026, plaintiffs sent defendants a signed

HIPAA for Jade Smith's medical records. Defendants require HIPAAs for Terri and Richard Nimmo; as they alleged emotional distress damages, the City needs HIPAAs for these plaintiffs as well. Defendants anticipate completing production of documents (except for any electronic discovery) by October 30, 2026. In order to finalize the ESI protocol, the City's separate e-discovery division must review the ESI: the undersigned is in the process of securing their input and anticipates having a final proposal no later than October 30, 2026.

In addition, the plaintiffs' initial discovery requests concerned an extensive number of *Monell* based discovery requests; during the parties' meet and confer, plaintiffs agreed to hold those requests in abeyance pending settlement discussions. Should the case not resolve, defendants intend to request that the Court bifurcate the *Monell* claims and stay discovery on the *Monell* claims until such time as discovery on the underlying constitutional claims is complete. Defendants would seek to raise that request no later than a week after the settlement conference at the end of October should the Court accept the City's request.

These are the City's first requests for the identified extensions, and in the interest of resolving this case and the complexity of this particular case the City respectfully submits good cause exists for the requested extensions.

Thank you for your consideration of this request.

Respectfully submitted,

/s Damion K. L. Stodola

Damion K. L. Stodola
Assistant Corporation Counsel

cc: Counsel for plaintiffs (by ECF)